**JUDGE PHILIP MARTINEZ**

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**SEALED**

**EP08CR1698**

| SEALED: __XXX__ | | UNSEALED: ___ |
|---|---|---|
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: June 11, 2008 | MAG CT #: | FBI #: |
| CASE NO: EP-08-CR- | ASSISTANT U.S. ATTORNEY: WILLIAM F. LEWIS, JR. | |
| DEFENDANT: **ROBERT EDWARD JONES** | | DOB: |

ADDRESS:

| CITIZENSHIP: U.S. | INTERPRETER NEEDED: NO | LANGUAGE: N/A |
|---|---|---|
| DEFENSE ATTORNEY:<br>ADDRESS: | | EMPLOYED ___<br>APPOINTED ___ |

DEFENDANT IS: Not Arrested

| DATE OF ARREST: Not Arrested | BENCH WARRANT: **YES** |
|---|---|

PROSECUTION BY: INDICTMENT

OFFENSE:
**CT 1**: Title 18 U.S.C. § 371 Conspiracy
**CT 2**: Title 18 U.S.C. § 666 - Theft or Bribery Concerning Programs Receiving Federal Funds.

OFFENSE IS: FELONY

**MAXIMUM SENTENCE:**
**CT 1**: NOT MORE THAN 5 YRS/$250,000 FINE/NOT MORE THAN 3 YRS TERM OF SUPV. RELEASE/$100.00 SPECIAL ASSESSMENT
**CT 2**: NOT MORE THAN 10 YRS/$250,000.00 FINE/NOT MORE THAN 3 YRS TERM OF SUPV. RELEASE/$100.00 SPECIAL ASSESSMENT

PENALTY IS MANDATORY: NO

REMARKS:   FBI: JAMES GRIEGO & THOMAS MURRAY

WDT-Cr-3